# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jeff Kandt**
           Plaintiff
  vs.                                  **CASE NUMBER: 5:09-CV-0507 (NPM/ATB)**

**Taser International, Inc.,**
           Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Summary Judgment is GRANTED in its entirety, the Motion to Strike is DENIED AS MOOT, and further the Motions in Limine are DENIED AS MOOT.  Therefore Judgment is entered in favor of the defendant and this action is hereby closed

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 10th day of July, 2012.

DATED: July 16, 2012

                                          Clerk of Court

                                          s/

                                          Joanne Bleskoski
                                          Deputy Clerk